# REHEARING DOCKET

**91–1620.** State, ex rel. Brofford, v. Tate. In Habeas Corpus. Reported at 62 Ohio St.3d 1452, 579 N.E.2d 1391. On motion for rehearing. Rehearing denied.

**91–1627.** State v. Thomas. *Montgomery County,* No. CA 11861. Reported at 62 Ohio St.3d 1458, 580 N.E.2d 439. On motion for rehearing. Rehearing denied.

MOYER, C.J., dissents.

**91–1639.** Rambaldo v. Accurate Die Casting. *Cuyahoga County,* No. 58588. Reported at 62 Ohio St.3d 1456, 579 N.E.2d 1394. On motion for rehearing. Rehearing granted and motion to certify the record allowed.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**91–1640.** Rini v. East Cleveland. *Cuyahoga County,* No. 58589. Reported at 62 Ohio St.3d 1456, 579 N.E.2d 1394. On motion for rehearing. Rehearing granted and motion to certify the record allowed.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**91–1656.** State v. Stankorb. *Clermont County,* No. CA90–03–027. Reported at 62 Ohio St.3d 1424, 577 N.E.2d 1106. On motion for rehearing. Rehearing denied.

H. BROWN, J., dissents.

**91–1673.** State v. Sowell. *Hamilton County,* No. C–900413. Reported at 62 Ohio St.3d 1456, 579 N.E.2d 1394. On motion for rehearing. Rehearing denied.

**91–1676.** Harris v. Cleveland. *Cuyahoga County,* No. 58766. Reported at 62 Ohio St.3d 1456, 579 N.E.2d 1394. On motion for rehearing. Rehearing denied.

HOLMES and WRIGHT, JJ., dissent.

**91–1704.** Pataskala Green II v. Strickler. *Licking County,* No. 90CA3581. Reported at 62 Ohio St.3d 1463, 580 N.E.2d 784. On motion for rehearing. Rehearing denied.

**91–1709.** Barrett Paving Materials, Inc. v. Union Twp. Bd. of Zoning Appeals. *Clermont County,* No. CA90–07–066. Reported at 62 Ohio St.3d 1465, 580 N.E.2d 785. On motion for rehearing. Rehearing denied.

**91–1720.** Pariano v. Kerr. *Cuyahoga County,* No. 61973. Reported at 62 Ohio St.3d 1466, 580 N.E.2d 787. On motion for rehearing. Rehearing denied.

H. BROWN, J., dissents.

**91–1880.** State v. Lowe. *Logan County,* No. CA91–03–006. Reported at 62 Ohio St.3d 1456, 579 N.E.2d 1395. On motion for rehearing. Rehearing denied.

HOLMES, J., dissents.